# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>DARREN SCOTT PITNICK<br><br>*Defendant(s)* | )<br>)<br>) Case No. 17 - 8549 - DLB<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 24 & December 19, 2017** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) & (b)(1) | Distribution of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) & (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Robert Herbster, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-22-2017

_____
Judge's signature

Hon. Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

City and state: West Palm Beach, FL

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Robert Herbster (the Affiant), been duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2002 and am currently assigned to Miami Division, Palm Beach County Resident Agency. While employed by the FBI, I have investigated a variety of federal criminal violations, including but not limited to; crimes against children, matters related to child pornography, sexual exploitation of minors and child pornography using facilities of interstate or foreign commerce. Moreover, I am a federal law enforcement officer engaged in enforcing criminal laws of the United States, including 18 U.S.C. §§ 2252, et seq.

2. In this capacity, I have investigated child exploitation and internet crimes against children cases. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on all forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography.

3. In addition, I have received training in the field of computer crimes and Internet crimes investigations. I have been trained to conduct Peer-2-Peer file sharing investigations on

the Internet.

4. The facts set forth in this affidavit are based upon my personal knowledge, information obtained from others involved in this investigation, including other law enforcement officers, my review of documents and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause to believe that **Darren Scott PITNICK** (hereinafter referred to as "PITNICK") has violated Title 18, United States Code, Section 2252(a)(2) and (b)(1) on or about September 24, 2017 (distribution of child pornography), and Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2) (possession of child pornography).

5. Beginning on September 15, 2017, utilizing investigative software, I conducted an undercover online investigation into the sharing of child pornography over the internet using a Peer-to-Peer (P2P) file sharing program on the eDonkey network. I identified an IP address 73.85.154.147 (hereinafter the "Target IP Address"), which was actively sharing files over the eDonkey network. Further, I observed that a user of the Target IP Address was offering to share files which, pursuant to their MD4 hash values and file names, were indicative of child pornography.[1]

6. On September 24, 2017, I requested and had two (2) movie files transmitted from

---

[1] Files on the eDonkey network are uniquely identified using the MD4 (Message-Digest Algorithm) root hash of an MD4 hash list of the file segments. All files on the eDonkey network are processed through the MD4 hash method, resulting in a digital signature unique to that digital file. Much like a fingerprint, this unique digital signature can be compared to ensure that two files are exactly the same. Law enforcement makes use of the hash value signature for known movies or images of child pornography to identify the computers that are trading in those movies or images. Each copy of a specific image of child pornography will have the same hash value signature.

the Target IP Address. After the distribution of the files was complete, I reviewed the video files and determined that they depicted sexually explicit images of minor children. The file names and description are as follows:

    a.    "2 11yr bate omfg!!!! Stickam xxcaliaxx2.9Yo & 10Yo (Xxcaliaxx2) – Webcam Preteens Show Pussy And Tits.Webcam Calia 2 (11Yo Twins Chubby 7m53S)". This is a video file that depicts two dark haired prepubescent girls laying on a bed in front of what appears to be a web cam. The girls are clothed initially, then remove their clothes and are fully naked. They then take turns showing their vagina and anus to the camera, including extreme close up shots. The girls then lay on their backs on the bed and begin to masturbate, including a close up images of the girls' vaginas while they masturbate. The girls then hold up and display their underwear.

    b.    "(pthc_pedo_preteen)_11yo Tonya shows tits and pussy(rus)(no sound)". This is a video file depicting a prepubescent girl sitting in front of a webcam in a pink shirt. She can be seen lifting up her shirt, show her undeveloped breasts, and touch her nipples. She then kneels on a bed and pulls down her gray pants and begins to masturbate and show her vagina. She moves around to various positions and continues to masturbate.

    7.    Your Affiant knows through training and conducting investigations that "pthc" is commonly known to stand for "Pre-Teen Hard Core", "yo" is commonly known to mean "years old", and "Pedo", and "Stickam" are common search terms for child pornography.

    8.    Law enforcement determined that the Target IP Address was assigned to Comcast. Information received from Comcast revealed that, on from April 27, 2017 through October 24, 2017, including the distribution date of September 24, 2017, the Target IP Address was assigned to an account registered to the Internet subscriber at 842 Egret Meadow Lane, West

Palm Beach, FL 33412 (the "Target Residence").[2]

9. On December 18, 2017, a Federal Magistrate in West Palm Beach, in the Southern District of Florida issued a search warrant for digital devices in the Target Residence located in West Palm Beach, Florida. The warrant allowed for, among other things, the seizure of all digital devices and media which could be used to store and or transmit visual depictions of sexual conduct or sexual performance of minors, and allowed for the immediate or off-sight search of those items seized.

10. Upon executing the search warrant on December 19, 2017, the subscriber whose name is on the Comcast account was present at the Target Residence, along with the subscriber's husband, and PITNICK.

11. During a post-*Miranda* recorded interview of PITNICK, he provided that he moved from his parents' home in Woodbury, New York to the Target Residence, in September 2017. PITNICK advised his private bedroom was in the back of the house, off the kitchen. He admitted that the computers in his bedroom belonged to him, and that no one else used the computers. He further offered that no one who comes over to the house utilizes his computers.

12. The Comcast subscriber's husband, as the only other male in the residence, advised that both he and his wife have been living in Florida for over twenty (20) years. He offered that they would occasionally travel to Long Island, New York, to conduct his business. The husband stated that he is not computer savvy.

13. Numerous digital media were seized from PITNICK's bedroom with in the Target Residence, including two desktop computers, an external hard drive, CD-R's and DVD-R's. A preliminary forensic examination was conducted by a FBI certified computer forensic examiner

---

[2] The information received from Comcast provided the full name of the Internet Subscriber. Because the Internet Subscriber has not been charged, I have not included his/her name in this Affidavit.

of the two desktop computers and the external hard drive; a more thorough forensic review has been conducted in the two days since that time. Thousands of images and videos of child pornography were located across the devices as well as on several of the DVD's. Most of the images and videos reviewed evidenced prepubescent girls in sexually explicit positions and activities. A full review of the items seized is ongoing.

14.  A search of the external hard drive was conducted. A filename that matched one of the files distributed to your Affiant on September 24, 2017, noted in paragraph 7.b. above, was located. Your Affiant compared the hash value of this file located on the external hard drive and the hash value of the file distributed; they were one in the same.

15.  Based upon the foregoing facts, and my training and experience, I submit that there is probable cause to believe that **Darren Scott PITNICK** violated Title 18 U.S.C. § 2252(a)(2) (distribution of child pornography), and Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2) (possession of child pornography) on the dates provided herein.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

ROBERT HERBSTER
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me
this 22nd day of December, 2017.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** DARREN SCOTT PITNICK

**Case No:** 17 – 8549 - DLB

Count #: 1

Distribution of Child Pornography

Title 18, United States Code, Section 2252(a)(2) & (b)(1)

**\*Max. Penalty:** 20 Years' Imprisonment (5 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment


Count #: 2

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2)

**\*Max. Penalty:** 20 Years' Imprisonment, $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment


**\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 17 - 8549 - DLB

### BOND RECOMMENDATION

DEFENDANT: DARREN SCOTT PITNICK

PRE-TRIAL DETENTION

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Gregory Schiller, AUSA*

AUSA: Gregory Schiller

Last Known Address: 8432 Egret Meadow Lane

West Palm Beach, FL 33412

What Facility:

Agent(s): SA Robert Herbster, FBI

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. _____17 - 8549 - DLB_____

UNITED STATES OF AMERICA

vs.

DARREN SCOTT PITNICK,

      **Defendant.**
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____Yes   __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   __x__ No

                                        Respectfully Submitted,

                                        BENJAMIN G. GREENBERG
                                        ACTING UNITED STATES ATTORNEY

                  By:    /s/*Gregory Schiller*_____
                             Gregory Schiller
                             Assistant United States Attorney
                             Florida Bar No. 0648477
                             U.S. ATTORNEY'S OFFICE - SDFL
                             500 S. Australian Ave., Suite 400
                             West Palm Beach, Florida 33487
                             (561) 209-6285
                             Gregory.Schiller@usdoj.gov